IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT CHRISTOPHER ALLEGREE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 2:11cv142-TMH |
| ) | |
| JOHNNIE CARR, ) | |
| ) | |
| Respondent. ) | |

# ORDER

The Magistrate Judge entered a Recommendation (Doc. 24) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the court finds that the Recommendation should be adopted. Accordingly, it is

ORDERED that the Recommendation (Doc. 24) of the Magistrate Judge is ADOPTED, the 28 U.S.C. § 2241 petition for habeas corpus relief filed by Allegree is DENIED, and this case is DISMISSED with prejudice.

A separate judgment shall issue.

Done this the 4th day of December, 2012.

    /s/ Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE